395 A.2d 957

**C. A. DeLEO, M.D., Appellant,**

v.

**Robert W. MUNLEY, Esq. and Jerome L. Cohen, Esq.**

Superior Court of Pennsylvania.

Argued Dec. 4, 1978.

Decided Dec. 14, 1978.

Linda S. Lichtman, Harrisburg, for appellant.

David C. Smith, Philadelphia, for appellee, Munley.

Joseph L. Mullaney, Scranton, for appellee, Cohen.

Before CERCONE, HESTER and HOFFMAN, JJ.

## OPINION

PER CURIAM:

The court below dismissed appellant's complaint for failure to state a cause of action in malicious use of civil process

because the complaint failed to allege that appellant was arrested or his property seized in defending appellee's medical malpractice suit brought against him. Appellant now contends that arrest of the person or seizure of his property is not an essential element in the tort of malicious use of civil process. This contention is without merit, as we have just recently decided otherwise in *Garcia v. Wall & Ochs, Inc.,* 256 Pa.Super. 74, 389 A.2d 607 (1978).

Order affirmed.